IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CR-50-1BO

UNITED STATES OF AMERICA :
:
v. :
:
BEHTO GONZALEZ :
 a/k/a "Humberto Hernandez-Gonzalez":

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, Behto Gonzalez, on August 12, 2014 to violations of 18 U.S.C. §§ 922(g)(5) and 924, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: a Hi-Point, 9MM Semi-automatic handgun, Serial Number P141282 with all accompanying ammunition; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said property pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Behto Gonzalez, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance

with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 27 day of August, 2014.

*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge